James D. CARTER, Petitioner–
Appellant,

v.

Ronald J. ANGELONE, Jr., Director,
Department of Corrections,
Respondent–Appellee.

No. 01–8036.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 11, 2002.

James D. Carter, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

James D. Carter seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Carter v. Angelone,* No. CA–01–1269–AM (E.D. Va. filed Oct. 30, 2001; entered Oct. 31, 2001). We also deny leave to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*